**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DERONTE VON WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 5:26-cv-00136-MTT-AGH** |
| **Sheriff DAVID DAVIS, *et al.*,** | : | |
| **Defendants.** | : | |

# ORDER

*Pro se* Plaintiff Deronte Von Williams, an inmate at the Bibb County Jail in Macon, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. ECF No. 4. On May 5, 2026, Plaintiff was ordered to submit a certified copy of his inmate trust account statement in support of his motion to proceed *in forma pauperis* as mandated by 28 U.S.C. § 1915(a)(2). ECF No. 5. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply with an order of the Court could result in dismissal of this action. *Id*. Plaintiff failed to respond.

Therefore, on June 9, 2026, Plaintiff was ordered to show cause why this action should not be dismissed for failure to comply with an order of the Court. ECF No. 6. Plaintiff responded that he received the Court's orders but not until after the deadlines imposed within them. ECF No. 8. On July 14, 2026, Plaintiff was granted an additional fourteen days to submit his account statement. ECF No. 9. Plaintiff did not respond. Therefore, on August 17, 2026, the Court again ordered Plaintiff to show cause why this

action should not be dismissed for failure to comply with an order of the Court. ECF No. 10. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply with an order of the Court could result in dismissal of this action. *Id.* The time for compliance has passed and Plaintiff has again failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute this case, this complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 17th day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT