IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DERONTE VON WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00136-MTT-AGH |
| | * | |
| Sheriff DAVID DAVIS, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated September 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of September, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk